MEHTANI LAW OFFICES, P.C.
AANAND MEHTANI (CAL. BAR 254556)
*The Water Garden*
*2425 Olympic Blvd., Suite 4000W*
*Santa Monica, California 90404*
Telephone:  310-776-3590
Facsimile:   310-776-3600
amehtani@mehtanilaw.com

Attorneys for Plaintiff
AMBER PERALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER PERALES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>AMAZON.COM SERVICES, LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01846 JWH (KKx)<br><br>[Assigned to the Honorable John Holcomb, Court Room 2]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complant Filed: November 2, 2021<br><br>Trial Date: None Set |

Plaintiff Amber Perales ("Plaintiff") hereby notifes the Court that this case was settled at the February 18, 2022 mediation. A settlement agreement has been signed by all parties and Plaintiff believes that the parties will be in a position to file a request for dismissal within 30 days of today or by March 25, 2022.

                                      Respectfully submitted,

Dated: February 23, 2022       MEHTANI LAW OFFICES, P.C.

By *[signature]*
                                      AANAND MEHTANI

Attorneys for Plaintiff, AMBER PERALES