MEHTANI LAW OFFICES, P.C.
AANAND MEHTANI (CAL. BAR 254556)
The Water Garden
2425 Olympic Blvd., Suite 4000W
Santa Monica, California 90404
Telephone:   310-776-3590
Facsimile:   310-776-3600
E-mail: amehtani@mehtanilaw.com

Attorneys for Plaintiff
AMBER PERALES

WILSON TURNER KOSMO LLP
EMILY J. FOX (262106)
RITA M. LEONG (300058)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail:  efox@wilsonturnerkosmo.com
E-mail:  rleong@wilsonturnerkosmo.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER PERALES, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>AMAZON.COM SERVICES, LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 5:21-cv-01846 JWH (KKx)<br><br>[Assigned to the Honorable John Holcomb, Court Room 2]<br><br>**STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Complant Filed: November 2, 2021<br><br>Trial Date: None Set |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff Amber Perales and Defendant Amazon.Com Services, LLC through their respective counsel of record, that the above-captioned action, including all claims asserted therein, be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each part to bear its own attorneys' fees and costs.

Dated: February 28, 2022            MEHTANI LAW OFFICES, P.C.


                                    By: */s/Aanand Mehtani*
                                        AANAND MEHTANI

                                    Attorneys for Plaintiff
                                    AMBER PERALES


Dated: March 29, 2022               WILSON TURNER KOSMO LLP


                                    By: */s/Rita M. Leong*
                                        RITA LEONG

                                    Attorneys for Defendant
                                    Amazon.Com Services, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                          *s/Rita M. Leong*
                          RITA M. LEONG